# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI | ) | 3:11-cv-00452-ECR-RAM |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| BARACK OBAMA, | ) | |
| Defendants. | ) | |

Plaintiff, Joseph Antonetti, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-2, 1-3, 1-4) and an incomplete application to proceed in *forma pauperis* (ECF. No. 1). Plaintiff has not provided the necessary financial certificate signed by the proper prison official.

The matter shall be dismissed without prejudice. Plaintiff may pursue his claims in another action if he desires by submitting the proper application for in *forma pauperis* status or the $350 filing fee along with his civil rights complaint.

**IT IS THEREFORE ORDERED** that the Clerk shall send to plaintiff the proper form and instructions for an application to proceed in *forma pauperis*. The Clerk shall also return a copy of the civil rights complaint to plaintiff.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

Dated this 27th day of June 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE