AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOSEPH ANTONETTI,

     Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: **3:11-cv-00452-ECR-RAM**

BARACK OBAMA, et al.,

     Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED without prejudice. Plaintiff may pursue his claims in another action if he desires by submitting the proper application for in *forma pauperis* status or the $350 filing fee along with his civil rights complaint.

   June 28, 2011                                                 **LANCE S. WILSON**
                                                                             Clerk

                                                                             /s/ Katie Lynn Ogden
                                                                               Deputy Clerk